CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 26 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| ANTHONY DAVIS SLAUGHTER, ) | Civil Action No. 7:11-cv-00163 |
| Petitioner, ) | |
| v. ) | Order |
| HAROLD W. CLARKE, ) | |
| Director, Virginia Department of ) | |
| Corrections, ) | By: James C. Turk |
| Respondent. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's Motion to Dismiss (ECF No. 8) is **GRANTED**, and Petitioner Anthony Davis Slaughter's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DENIED.** Further, Petitioner is advised that a Certificate of Appealability is **DENIED.**

The Clerk of Court is directed to strike the case from the active docket of the Court, and send copies of this Final Order and accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

ENTER: This 26th day of August, 2011.

_____
Senior United States District Judge